UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  CAROLINE NYAMU,

                              Plaintiff,            24 Civ. 6861 (LGS)

              -against-                  **ORDER**

  PORTFOLIO RECOVERY ASSOCIATES,
  LLC, et al.,

                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on November 6, 2024. As discussed at the conference, it is hereby

      **ORDERED** that Defendants shall file any motion to dismiss or motion for judgment on the pleadings by **December 4, 2024**. The motions shall be accompanied by a joint brief, not to exceed 15 pages. Plaintiff may, but does not have to, respond to the motion by **January 3, 2025**, in a brief not to exceed 15 pages. The Court will treat Defendants' motion as opposed whether or not Plaintiff files an opposition. No reply shall be filed unless requested by the Court. Defendants shall comply with the Court's Individual Rules in filing their motion and supporting papers.

      The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

Dated: November 7, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                            **UNITED STATES DISTRICT JUDGE**