UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAROLINE NYAMU,

                    Plaintiff,                    24-CV-6861 (LGS) (VF)

          -against-                      **ORDER**

PORTFOLIO RECOVERY ASSOCIATES, LLC,
et al.,

                    Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On January 14, 2025, Plaintiff requested leave to file an amended complaint. ECF No. 24. Plaintiff's request is currently pending before the Court. A proposed amended complaint is typically filed alongside a request for leave to file an amended complaint. See Taylor v. Trigeno, No. 16-CV-1143 (GHW), 2021 WL 6070444, at *3 (S.D.N.Y. Dec. 21, 2021) (explaining that it is "general rule that a motion to amend must be accompanied by a proposed amended pleading"). Plaintiff represents that her proposed amended complaint is "fully written." ECF No. 24 at 3. As such, Plaintiff is directed to file the proposed amended complaint on the docket for the Court's consideration in conjunction with Plaintiff's request for leave to file an amended complaint by **Friday, March 21, 2025**.

        **SO ORDERED.**

DATED:    New York, New York
                March 13, 2025

                                                                                                    VALERIE FIGUEREDO
                                                                                                           United States Magistrate Judge