USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/2/2025_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

CAROLINE NYAMU,

                    Plaintiff,                    **Civil Action No.: 1:24-cv-06861-LGS**


        -v-

LVNV FUNDING, LLC, and PORTFOLIO
RECOVERY ASSOCATES,

                                                        **NOTICE OF MOTION**

                    Defendants.

_____


## NOTICE OF MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b)

PLEASE TAKE NOTICE that Plaintiff Caroline Nyamu, **pro se,** hereby moves this Court, before

the Honorable Lorna G. Schofield, United States District Judge, at the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, NY 10007, for an Order:

1.  **Certifying for interlocutory appeal under 28 U.S.C. § 1292(b)** the following
    controlling questions of law:

   (a) Whether the phrase *"allegedly refuses to pay"* in § 1692d(3) is limited to unproven or
disputed refusals;

   (b) Whether the phrase *"if otherwise permitted by law"* in § 1692c(b) requires express
statutory authorization;

   (c) Whether the term *"misleading representation"* under § 1692e must be interpreted
according to its plain meaning and grammatical limitations, and whether reporting a confirmed

refusal as an *"alleged refusal"* can qualify as misleading under the statute;

(d) Whether furnishing information to a credit reporting agency constitutes an indirect communication with the consumer under § 1692c(c).

2. Granting such other and further relief as the Court deems just and proper.

This motion is supported by the attached **grounds for certification,** which detail the controlling questions of law, the substantial grounds for difference of opinion, and the ways in which interlocutory review would materially advance the resolution of this case.

Thank You Honorable Lorna G. Schofield,

Caroline Nyamu

Cc:

**Jonathan Patrick Floyd**
Troutman Pepper Hamilton Sanders, LLP

**Jacquelyn Alena DiCicco**
J Robbin Law PLLC

**Jonathan M. Robbin**
J. Robbin Law PLLC

## MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:**
5/5/2025

Plaintiff's motion for certification is premature, as Judge Schofield has not yet adopted the Report & Recommendation at ECF No. 32. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 35 and 37.