# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINE NYAMU, <br><br> Plaintiff, <br><br> LVNV FUNDING, LLC and PORTFOLIO RECOVERY ASSOCIATES, LLC, <br><br> Defendants. | Case No.: 1:24-cv-06861-LGS-VF |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for Defendant Portfolio Recovery Associates, LLC. filed by attorney Jonathan P. Floyd of the law firm Troutman Pepper Locke LLP in the above-captioned case is hereby **GRANTED**.

The Clerk of Court is directed to remove Mr. Floyd from the docket.

Dated: \_\_\_May 15, 2025\_\_\_

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINE NYAMU, | ) ) ) |
| Plaintiff, | ) ) ) Case No.: 1:24-cv-06861-LGS-VF |
| LVNV FUNDING, LLC and PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Jonathan P. Floyd dated May 7, 2025, attached hereto as Exhibit A, Jonathan P. Floyd, attorney for Defendant Portfolio Recovery Associates, LLC ("PRA"), moves this Court for an Order pursuant to Local Civil Rule 1.4 granting leave to withdraw as counsel for Defendant. Rachelle Pointdujour, also of the law firm Troutman Pepper Locke LLP, will continue to serve as counsel for Defendant PRA in this matter.

**WHEREFORE**, Jonathan P. Floyd, attorney for Portfolio Recovery Associates, LLC, respectfully requests that the Court enter an Order granting the relief requested herein.

*SIGNATURE ON FOLLOWING PAGE*

Dated: May 14, 2025                                    Respectfully submitted,

                                                       */s/ Jonathan P. Floyd*
                                                       Jonathan P. Floyd
                                                       TROUTMAN PEPPER
                                                       LOCKE LLP
                                                       1001 Haxall Point
                                                       Richmond, Virginia 23219
                                                       Telephone: (804) 697-1200
                                                       Facsimile: (804) 697-1337
                                                       Email: jonathan.floyd@troutman.com

                                                       */s/ Rachelle Pointdujour*
                                                       Rachelle Pointdujour
                                                       TROUTMAN PEPPER
                                                       LOCKE LLP
                                                       875 Third Avenue
                                                       New York, NY 10022
                                                       Telephone: (212) 704-6450
                                                       Email: Rachelle.Pointdujour@troutman.com

                                                       *Attorney for Defendant Portfolio Recovery Associates, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record via ECF notification in accordance with the Federal Rules of Civil Procedure on May 14, 2025.

*/s/ Jonathan P. Floyd*
Jonathan P. Floyd

*An Attorney for Defendant Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAROLINE NYAMU, )<br>)<br>  Plaintiff, )<br>)<br>LVNV FUNDING, LLC and PORTFOLIO )<br>RECOVERY ASSOCIATES, LLC, )<br>)<br>  Defendants. ) | Case No.: 1:24-cv-06861-LGS-VF |

## DECLARATION OF JONATHAN P. FLOYD IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Jonathan P. Floyd, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am an associate attorney with the law firm of Troutman Pepper Locke LLP.

2. I submit this Declaration in support of my Motion to Withdraw as Counsel for Defendant Portfolio Recovery Associates, LLC.

3. Beginning May 9, 2025, I will no longer be associated with the law firm of Troutman Pepper Locke LLP.

4. Rachelle Pointdujour, also with the law firm of Troutman Pepper Locke LLP, will continue to serve as counsel of record for Defendant Portfolio Recovery Associates, LLC.

5. My withdrawal will not occasion any request for an extension of any deadlines in this matter.

6. I am not asserting a retaining or charging lien in connection with my departure.

7. Defendant Portfolio Recovery Associates, LLC. assents to this withdrawal.

Accordingly, I respectfully request that this Court grant the Motion to Withdrawal as Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 14, 2025

Respectfully submitted,

*/s/ Jonathan P. Floyd*
Jonathan P. Floyd
TROUTMAN PEPPER
LOCKE LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1337
Email: jonathan.floyd@troutman.com

*/s/ Rachelle Pointdujour*
Rachelle Pointdujour
TROUTMAN PEPPER
LOCKE LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6450
Email: Rachelle.Pointdujour@troutman.com

*Attorney for Defendant Portfolio Recovery Associates, LLC*